**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6683**

DEMETRIUS JAROD SMALLS,

Plaintiff – Appellant,

v.

ALAN WILSON; SCARLETT WILSON; TRIPP LAWTON; LINDA LOMBARD;
J. AL CANON, JR.; D. PETERS; W. DIXON; RICHARD M. GERGEL;
DAVID HOLTON; DAVID WHITTEN WOLF,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Margaret B. Seymour, Senior
District Judge.  (2:15-cv-04014-MBS)

Submitted:  October 28, 2016      Decided:  November 21, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Demetrius Jarod Smalls, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Jarod Smalls appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Smalls' action for failure to state a claim and assessing a strike under 18 U.S.C. § 1915(g) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smalls v. Wilson, No. 2:15-cv-04014-MBS (D.S.C. May 11, 2016). We deny Smalls' motions for due process of law, for relief under Fed. R. App. P. 27, and for release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED